UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 12232
    JAMES L WALTON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-2458
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/27/06 and confirmed on 02/27/07.

2. The case was dismissed after confirmation, 09/28/2007.

3. The Debtor paid a total of $ 9040.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JOHN RISKO | SECURED VEHIC | 6000.00 | 348.52 | 979.50 |
| WESTBROOK CAPITAL INC | SECURED VEHIC | 36556.00 | 2141.46 | 5237.28 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2655.00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2206.86 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | 5851.90 | .00 | .00 |
| NATIONWIDE CASSEL LP | UNSECURED | 4403.92 | .00 | .00 |
| NICOR GAS | UNSECURED | 837.25 | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| WESTBROOK CAPITAL | UNSECURED | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 12388.42 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 202.79 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 49.90 | .00 | .00 |
| JOHN RISKO | UNSECURED | 1431.00 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 42556.00 | 2857.79 | 27169.25 | .00 | 72583.04 |
| PRINCIPAL PAID | 6216.78 | .00 | .00 | .00 | 6216.78 |
| INTEREST PAID | 2489.98 | .00 | .00 | .00 | 2489.98 |
| TOTAL PAID | 8706.76 | .00 | .00 | .00 | 8706.76 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   2500.00 and was paid $   166.00   direct and $       .00   through the plan.

The Trustee received $    333.24 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 06 B 12232 JAMES L WALTON